1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BILLYJOE K. SMITH,

           Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

           Defendant.

Case No. C14-5441-RSL

ORDER REVERSING AND REMANDING
CASE FOR FURTHER ADMINISTRATIVE
PROCEEDINGS

15

16

17

      The Court, after careful consideration of the plaintiff's complaint, the Report and
Recommendation of the Honorable James P. Donohue, and the balance of the record, does
hereby find and ORDER:

18      (1)    The Court adopts and approves the Report and Recommendation.

19      (2)    The final decision of the Commissioner is REVERSED and the case is

20 REMANDED to the Social Security Administration for further administrative proceedings

21 consistent with the Report and Recommendation.

22      (3)    The Clerk of the Court is directed to send copies of this Order to the parties and to

23 Judge Donohue.

24      DATED this 4th day of November, 2014.

25

26

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER
PAGE - 1